SAMUEL KIRSCH, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment reversed, with costs, and the complaint dismissed, with costs, on the ground that no actionable negligence on the part of the defendant was proved. (See *Winckler* v. *City of New York*, 129 App. Div. 45; *Balzer* v. *City of New York*, 254 id. 772; affd., 279 N. Y. 742; *Reutlinger* v. *City of New York*, 255 App. Div. 848.) Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; O'Malley, J., dissents and votes to affirm.

CHARLES H. STUBACK, Respondent, v. SAM SUSSMAN and Others, Doing Business, etc., and Another, Appellants.— Judgment unanimously affirmed, with costs to the plaintiff-respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

ROBERT L. EISENBACH, Respondent, v. GIMBEL BROS., INC., Appellant, Respondent, and CHAS. WISSMANN Co., INC., Impleaded Appellant-Respondent, and JOHN J. FELIN & Co., Impleaded Appellant.— Judgment affirmed, with costs to the plaintiff against the defendant Gimbel Bros., Inc., and with costs to defendant Gimbel Bros., Inc., against the impleaded defendant Chas. Wissmann Co., Inc., and with costs to the impleaded defendant Chas. Wissmann Co., Inc., against the impleaded defendant John J. Felin & Co. (Martin, P. J., dissenting and voting to modify by dismissing the cross-complaint of Gimbel Bros., Inc., against Chas. Wissmann Co., Inc., and the cross-complaint of Chas. Wissmann Co., Inc., against John J. Felin & Co.) No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

FRANCES B. BERGMAN, as Administratrix, etc., Respondent, v. CREDIT EXCHANGE, INC., LOUIS S. STAMM, Appellants, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of Proving the Last Will and Testament of DENIS WILLIAM HORGAN, Deceased. HENRY P. HORTON, Executor, and JUANNA CLEMENTINE COURREGE, Legatee, Appellants; GLADYS HORGAN, Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of EDITH J. SCHRYVER, as Executrix, etc., of ABRAHAM SCHRYVER, Deceased, for an Order to Discover Property Withheld Pursuant to Section 205 of the Surrogate's Court Act. EDITH J. SCHRYVER, as Executrix, etc., of ABRAHAM SCHRYVER, Deceased, Petitioner, Respondent; SARA SCHRYVER, as Ancillary Committee of the Property within the State of New York of EVA SCHRYVER, an Incompetent, Appellant.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

SAMUEL ROSENBLUM, INC., Respondent, v. THE NATIONAL COLD STORAGE Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

WILLARD S. KARN, Appellant, v. ELY CULBERTSON and Others, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, with leave to the defendants to answer within twenty days after service of a copy of the order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.